# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 21-2186

LAWRENCE E. MATTISON,

        Plaintiff - Appellant,

    v.

DENIS R. MCDONOUGH, United States Secretary of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:19-cv-00018-RAJ-LRL)

Submitted:  March 31, 2022                         Decided:  April 8, 2022

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Eliot Mattison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Eliot Mattison appeals the district court's order denying his postjudgment motions for reconsideration, to amend his complaint, and for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Mattison v. McDonough*, No. 4:19-cv-00018-RAJ-LRL (E.D. Va. Sept. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*